# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4621

_____

MISHA MARCELIN,

Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

Appellee.

_____

On appeal from Reemployment Assistance Appeals Commission.
Frank E. Brown, Chairman.

August 16, 2019

PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Misha Marcelin, pro se, Appellant.

John Kunberger, General Counsel, and Katie E. Sabo, Appellate Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee.